UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MILES, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CSS BUILDING SERVICES, INC., a New Jersey corporation; CSS BUILDING SERVICES-NASA DIVISION LLC, a New Jersey limited liability company; ABM INDUSTRIES INCORPORATED, a Delaware corporation; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. CV 17-2116-GW (PLAx)<br><br>**ORDER RE STIPULATION TO RETURN CASE BACK TO STATE COURT** |

Based on the parties' Stipulation to Return Case Back to State Court ("Stipulation"), and good cause appearing therefore, IT IS HEREBY ORDERED that the case be remanded back to the Los Angeles Superior Court.

IT IS SO ORDERED.

Dated: May 5, 2017

_____
George H. Wu
United States District Judge